[Crim. No. 3199.   Second Appellate District, Division Two.—April 26, 1939.]

THE PEOPLE, Respondent, v. BERNE ELLIS, Appellant.

No appearance for Appellant.

Earl Warren, Attorney-General, and R. S. McLaughlin, Deputy Attorney-General, for Respondent.

THE COURT.—This case comes before the court on motion of the attorney-general to dismiss the appeal under section 1253 of the Penal Code upon the failure of the appellant to enter an appearance.  ▮  No briefs have been filed by the appellant, no extensions of time have been requested and no appearance has been made by him.

Motion granted.